1464

## CASE ANNOUNCEMENTS

*April 14, 2008*

[Cite as *04/14/2008 Case Announcements,* 2008-Ohio-1751.]

## MOTION AND PROCEDURAL RULINGS

2008–0594.   **In re Foreclosure of Lien for Delinquent Taxes by Action in Rem.**
Jefferson App. No. 06JE40, 2008-Ohio-1173. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals' judgment,
It is ordered by the court that the motion is denied.
LUNDBERG STRATTON, J., dissents and would grant the motion upon filing of bond.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2008–0636.   **Cleveland OH Realty I, LLC v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–A–331, 2006–A–333, and 2006–A–345.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2007–1984.   **State ex rel. Hina v. Indus. Comm.**
Franklin App. No. 07AP–23, 2007-Ohio-4596.

2008–0029.   **State ex rel. Gilbert v. Cincinnati.**
Hamilton App. No. C–070166, 174 Ohio App.3d 89, 2007-Ohio-6332.

2008–0095.   **Wagenknecht v. Levin.**
Board of Tax Appeals, No. 2006–T–1007.

## CASE ANNOUNCEMENTS

*April 16, 2008*

[Cite as *04/16/2008 Case Announcements,* 2008-Ohio-1801.]

## MOTION AND PROCEDURAL RULINGS